[No. 12879-2-III.    Division Three.    November 8, 1994.]

CINDY SAMS, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-03363-6, Harold D. Clarke, J., entered November 13, 1992. *Affirmed* by unpublished opinion per Munson, J. concurred in by Thompson, C.J., and Schultheis, J.

[No. 15554-1-II.    Division Two.    November 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ELDON BALLARD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00040-8, James D. Roper, J., entered November 22, 1991. *Reversed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 16394-2-II.    Division Two.    November 10, 1994.]

SAFEWAY, INC., *Respondent*, v. LINDA F. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-08179-1, Rosanne Buckner, J., entered August 31, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J. Now published at 76 Wn. App. 329.

[No. 13079-7-III.    Division Three.    November 10, 1994.]

*In the Matter of the Dependency of* C.L.T.

NORMAN TREDDENBARGER, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-7-00169-2, Ted Kolbaba, J., entered January 27, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Munson and Sweeney, JJ.